IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FIRST BUSINESS BANK,** § § § *Plaintiff,* § § **v.** § § **CRAIG MCBRIDE SCHERER, ET AL.,** § § *Defendants.* § | **CASE NO. 1:25-CV-00461-ADA-DH** |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell (Dkt. 13). The report recommends that this Court **GRANT** Plaintiff First Business Bank's ("FBB") motion for default judgment (Dkt. 12). Specifically, the report recommends that this Court award FBB damages in the amount of $1,619,831.91 in actual damages, prejudgment interest calculated at a rate of $429.82 per day between August 21, 2024, and the date the judgment is entered by the Court, and post-judgment interest. Further, the report recommends that this Court award FBB attorneys' fees in the amount of $49,002.29 and costs in the amount of $1,410.29. The report was filed on October 17, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Dustin Howell (Dkt. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff FBB's motion for default judgment (Dkt. 12) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that FBB is awarded damages in the amount of $1,619,831.91 in actual damages, prejudgment interest calculated at a rate of $429.82 per day between August 21, 2024, and the date the judgment is entered by the Court, and post-judgment interest.

**IT IS FURTHER ORDERED** that FBB is awarded attorneys' fees in the amount of $49,002.29 and costs in the amount of $1,410.29.

**SIGNED** this 13th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE